**Deny Writ and Opinion Filed October 3, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01228-CV

### IN RE STEPHEN A. BERGENHOLTZ, Relator

**Original Proceeding from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-51444-2008**

## MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Lewis
Opinion by Justice Bridges

Relator contends the trial court erred in denying a motion to transfer this case to Denton County. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and emergency motion for temporary relief to stay underlying proceedings.

/David L. Bridges/
DAVID L. BRIDGES
131228F.P05                                          JUSTICE